IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 18 2010

DAVID J. MALAND, CLERK
BY
DEPUTY _____

Schell/Bush

4:10cv119

Erlyndon Joseph Lo

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MAR 18 2010
DAVID J. MALAND, CLERK

(Enter above the full name of each plaintiff in this action.)

vs.

John Glover Roberts, Jr.; John Paul Stevens; Antonin Gregory Scalia; Anthony McLeod Kennedy; Clarence Thomas; Ruth Bader Ginsburg; Stephen Gerald Breyer; Samuel Anthony Alito, Jr.; Sonia Maria Sotomayor

(Enter above the full name of each defendant in this action. DO NOT USE "ET AL.")

I. ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel:

A.  In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (Circle One). NA

   1. Employ Counsel

   2. My Court-Appointed Counsel

   3. Lawyer Referral Service of the State Bar of Texas, P. O. Box 12487, Austin, TX 78711.

B.  The name(s) and address(es) of the attorney(s): NA

_____

_____

_____

C.  Result of the conference with counsel: NA

_____

_____

_____

II. PREVIOUS LAWSUITS:

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents. ___ YES ✓ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: NA

        2. Parties to previous lawsuit:

            Plaintiff(s) NA

            Defendant(s) NA

        3. Court: (If federal, name the district; if state, name the county.) NA

        4. Docket Number: NA

        5. Name of judge to whom case was assigned: NA

        6. Disposition: (Was the case dismissed? appealed? still pending?)
NA

        7. Approximate date of disposition: NA

III. PARTIES TO THIS SUIT:

    A. Name and address of each plaintiff: Erlyndon Joseph Lo; 3504 Nancy Court; Plano, Texas (TX) 75023

    B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

    Defendant #1: John Glover Roberts, Jr.; Chief Justice of the United States; 1 1st Street Northeast, Washington, DC 20543

    Defendant #2: John Paul Stevens; Associate Justice; 1 1st Street Northeast, Washington, DC 20543

    Defendant #3: Antonin Gregory Scalia; Associate Justice; 1 1st Street Northeast, Washington DC. The rest of the defendants have the same official position (Associate Justice) and the same full mailing address (1 1st Street Northeast, Washington, DC 20543.

Defendant #4: Anthony McLeod Kennedy

Defendant #5: Clarence Thomas

Defendant #6: Ruth Bader Ginsburg

Defendant #7: Stephen Gerald Breyer

Defendant #8: Samuel Anthony Alito, Jr.;

Defendant #9: Sonia Maria Sitomayor

IV. STATEMENT OF CLAIM:

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. <u>Do not give any legal arguments or cite any cases or statutes</u>. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra pages if necessary.)

There are nine (9) members of the U.S. Supreme Court, each of whom is already named above. Only the Supreme Court has the power to effect an immediate and temporary stay nationally pending the outcome of this case. The lives of millions of human beings and individuals and persons is immediately at stake, making this single and individual case the ultimate and highest priority of all cases in the United States. Mass murders are involved. World War III or any subsequent war is an immediate hazard and danger. That is why, pending the outcome of this case, this court or the U.S. Supreme Court MUST impose IMMEDIATELY or preliminary injunction a stay of the legality of abortion*, to protect the lives of abortion providers, mothers, third party rescuers, police officers, any other officer, any other third party such as any innocent notice making the deaths and any other injuries of such persons are a proximate (foreseeable) result.

[Marginal annotations:]

*Justices must vote to make abortion illegal. at least five out of nine

or a permanent injunction

*And immediately make known to every single person on the planet through media and any other way possible the temporary illegality of abortion

[Upside-down text at bottom:] and every child in the child's mother's womb, women's, human's, person's individual, indiv/s, indiv/l.

V. RELIEF: State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Since I have a right to defend myself and another, even if necessary is deadly force, exactly I want the court to temporarily at least not allow abortion at all to be legal, ordering all officers of the United States including police officers of individual states not limited to and including California, Texas, New York, Florida, and all other states of the United States, to prevent and stop abortion from happening at all and allow any other person to stop and prevent any abortion from happening, allowing the use is of force and deadly force. See bottom left side the bottom of page.

Signed this sixteenth (16th) day of March, 2010.

Also, I want the court to make the stay immediately of the ~~they~~ legality of abortion known to everyone in the world, up to currently seven billion people (7,000,000,000) through all media possible, including the internet, CNN, Fox News, ABC, NBC, CBS, Univision, any other major broadcasting or cable or television network, radio, newspapers such as the New York Times, Wall Street Journal, speaking, writing, communicating, and any other way available.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: 3/16/2010

(Signature of each plaintiff)

I also respectfully ask and beg this court to provide ALL FUNDS NECESSARY TO FULLY PROSECUTE THIS CLAIM FULL-TIME not limited to and including electronic and physical access to all laws including LEXIS, Westlaw, Thompson-Reuters, etc., physical law libraries containing as close as possible to all laws and to provide FUNDS for food, clothing, etc., and all necessary or reasonable expenses or costs and compensation at $1,000/(one thousand dollars) per hour, similar to what an attorney would make for attorneys' fees to compensate me for all of my ~~thousand~~ efforts, into prosecuting this case, fairly and talents